DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAYMOND SCURA<br><br>Defendant(s). | Criminal No. 19-889 (CCC)<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant Raymond Scura.

Date: November 12, 2020

CRAIG CARPENITO
United States Attorney

By: _____
CHRISTOPHER D. AMORE
Assistant U.S. Attorney